IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **DOMINGO CARMONA,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 7:22-cv-33 |
| **LAKEVIEW LOAN SERVICING, LLC, AND SUBSTITUTE TRUSTEE DAVID KARLE,** | § § § § | |
| *Defendants.* | | |

### NOTICE OF CHANGE OF ATTORNEY

COMES NOW, S. David Smith, counsel for Defendants Lakeview Loan Servicing LLC in the above-styled and captioned case and advises the Court he will be leaving his current position and will no longer be representing Lakeview Loan Servicing LLC in this litigation. Mr. Smith requests that all correspondence, documents, pleadings, and notices continue to be directed to Melissa Gutierrez Alonso at Bradley Arant Boult Cummings LLP, 600 Travis Street, Suite 4800, Houston, Texas 77002.  No further notices are to be sent to Mr. Smith as he is no longer attorney of record in this case.

Respectfully submitted,



By:   */s/Melissa Gutierrez Alonso*
     **MELISSA GUTIERREZ ALONSO**
     Texas Bar No. 24087648
     Fed. I.D. No. 2255351
     malonso@bradley.com
     Bradley Arant Boult Cummings LLP
     600 Travis Street, Suite 4800
     Houston, Texas 77002
     (713) 576-0300 Telephone
     (713) 576-0301 Telecopier

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of April, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

**Via email: juanangelguerra1983@gmail.com**
Juan Angel Guerra
LAW OFFICE OF JUAN ANGEL GUERRA
1409 N. Stuart Place Road, Suite A
Harlingen, TX 78552
956.428.1600 - T
956.428.1601 – F

*Attorney for Plaintiff*

     */s/ Melissa Gutierrez Alonso*
     Melissa Gutierrez Alonso